IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR296 |
| Plaintiff, | ) ) ) | |
| vs. | ) | ORDER |
| AREND MATHIJSSEN, | ) ) ) | |
| Defendant. | ) | |

This motion is before the Court on the Defendant's motion for reconsideration of the Defendant's motion to compel the filing of a motion pursuant to Federal Rule of Criminal Procedure 35 (Filing No. 86). The Court has considered the government's response (Filing No. 87).

IT IS ORDERED that the Defendant's motion for reconsideration of the Defendant's motion to compel the filing of a motion pursuant to Federal Rule of Criminal Procedure 35 (Filing No. 86) is denied.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge