## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:03CR296** |
| **vs.** | |
| **AREND MATHIJSSEN,** | **JUDGMENT** |
| **Defendant.** | |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1.      The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2.      The § 2255 Motion, ECF 90, is summarily dismissed; and

3.      The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.


Dated this 27th day of March, 2017.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge